**SHOOK HARDY & BACON, L.L.P.**
Amir M. Nassihi (SBN 235936)
anassihi@shb.com
Joan R. Camagong (SBN 288217)
jcamagong@shb.com
Theodore G. Lee (SBN 340700)
tlee@shb.com
555 Mission St., Suite 2300
San Francisco, CA 94105
T: 415.544.1900 | F: 415.391.0281

Michael L. Mallow (SBN 188745)
mmallow@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: 424.285.8330 | Fax: 424.204.9093

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

## UNITED STATES DISTRICT COURTS

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGHIEH HADIAN,<br><br>                 Plaintiff,<br><br>     v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>                 Defendants. | Case No. 8:25-cv-01223-ADS<br><br>*Assigned to the Hon. Autumn D. Spaeth*<br><br>**NOTICE OF SETTLEMENT PURSUANT TO L.R. 16-15.7 AND PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

**TO THE COURT, PLAINTIFF, AND COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** of the attached Acceptance by Plaintiff Roghieh Hadian of Defendant Toyota Motor Sales, U.S.A., Inc.'s Offer of Judgment (copy attached here to as **Exhibit 1**) pursuant to the Federal Rule of Civil Procedure 68.

Dated: October 10, 2025

Respectfully submitted,

SHOOK HARDY & BACON L.L.P.

By: /s/ Theodore Lee
Amir M. Nassihi
Michael L. Mallow
Joan R. Camagong
Theodore G. Lee

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

---

1
NOTICE OF SETTLEMENT

# [PROPOSED] JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Roghieh Hadian ("Plaintiff") accepted Defendant Toyota Motor Sales, U.S.A., Inc.'s Offer of Judgment pursuant to Federal Rule of Civil Procedure 68.

1. Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $36,051.12 pursuant to the terms of the Rule 68 Offer.

2. Plaintiff shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d). Any such motion shall be filed no later than 14 days after entry of judgment. In ruling on Plaintiff's fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action under California Code of Civil Procedure Section 1794(d) as of the date of this offer of judgment. Defendant expressly reserves all defenses to Plaintiff's fee/costs motion(s) and any award thereon. Defendant will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

**IT IS SO ORDERED.**

Date: _____          _____
                                                                    Hon. Autumn D. Spaeth