JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGHIEH HADIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 8:25-cv-01223-ADS**<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having Received ROGHIEH HADIAN's, ("Plaintiff") acceptance of TOYOTA MOTOR SALES, U.S.A.'s ("Defendant") OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68, the Court enters **JUDGMENT** in favor of Plaintiff pursuant to the terms of the Rule 68 Offer:

1. Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $36,051.12 pursuant to the terms of the Rule 68 Offer. ECF. No. 20-1.

2. Plaintiff shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to

California Code of Civil Procedure Section 1794(d). Any such motion shall be filed no later than 120 days after Plaintiff surrenders the Subject Vehicle in accordance with the terms of the accepted Rule 68 Offer. In ruling on Plaintiff's fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action under California Code of Civil Procedure Section 1794(d). Defendant expressly reserves all defenses to Plaintiff's fee/costs motion(s) and any award thereon. Defendant will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

Date: November 5, 2025

/s/ Autumn D. Spaeth
Honorable Autumn D. Spaeth
U.S. Magistrate Judge